# EXHIBIT 8

# Redacted Version of Document Sought to be Sealed