PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

AARON FRANKEL (appearance *pro hac vice*)
afrankel@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793

STEVEN C. GONZALEZ (State Bar No. 191756)
steven.gonzalez@ltlattorneys.com
ANTHONY D. SBARDELLATI (State Bar No. 246431)
anthony.sbardellati@ltlattorneys.com
ANTHONY WILLIAM GOMEZ (State Bar No. 280720)
anthony.gomez@ltlattorneys.com
LTL ATTORNEYS LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel:  (213) 612-8900
Facsimile:  (213) 612-3773

*Attorneys for Defendant*
MAGIC LEAP, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GARY BRADSKI, an individual, ADRIAN KAEHLER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MAGIC LEAP, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 5:16-cv-03235-NC<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Gladys Tong, am employed in the Menlo Park, California office of Kramer Levin Naftalis & Frankel LLP.  I am over the age of 18 and not a party to the within action.  My business address is 990 Marsh Road, Menlo Park, California 94025.  I am readily familiar with the firm's practice of collecting and processing of mail for mailing with the U.S. Postal Service and overnight mail delivery services.

On November 15, 2016, I caused the following document(s) to be served:

**MAGIC LEAP, INC.'S MOTION TO DISMISS, STAY OR, IN THE ALTERNATIVE, REALIGN PARTIES AND FOR SUMMARY JUDGMENT [UNREDACTED];**

**EXHIBIT 1 TO DECLARATION OF LISA KOBIALKA IN SUPPORT OF MAGIC LEAP, INC.'S MOTION TO DISMISS, STAY OR, IN THE ALTERNATIVE, REALIGN PARTIES AND FOR SUMMARY JUDGMENT [UNREDACTED].**

by electronic mail addressed as follows:

| | |
|---|---|
| Jack Russo | Michael M. Krieger |
| Christopher Sargent | mkrieger239@earthlink.net |
| Lucy Goodnough | |
| ComputerLaw Group | *Attorneys for Plaintiff Adrian Kaehler* |
| 401 Florence Street | |
| Palo Alto, CA  94301 | |
| jrusso@computerlaw.com | |
| csargent@computerlaw.com | |
| lgoodnough@computerlaw.com | |

*Attorneys for Plaintiffs*

by overnight mail addressed as follows:

Adrian Kaehler
27741 Elena Road
Los Altos Hills, CA 94022

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 15, 2016.

_____
Gladys Tong